UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| MELISSA BARBREE JOHNSON ) | |
| ) | CASE NO. R09-42117-PWB |
| ) | |
| DEBTOR(S) ) | |

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: MELISSA BARBREE JOHNSON
Check Number: 2253635
Check Date: 3/16/2012
Check Amount: $500.00

These funds are being remitted to the Registry because the payee has not claimed the funds.

CERTIFICATE OF SERVICE

This is to certify that I have this day, March 30, 2012, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

FULLER & MCKAY
P.O. BOX 1654
ROME, GA 30162-1654

MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
100 Peachtree Street, Suite 2700
Atlanta, Georgia 30303
(404) 525-1110