UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: <br> MELISSA BARBREE JOHNSON <br><br> DEBTOR(S) | ) CHAPTER 13 <br> ) <br> ) CASE NO. R09-42117-PWB <br> ) <br> ) |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

    Payee Name: MELISSA BARBREE JOHNSON
  Check Number: 2276947
    Check Date: 6/29/2012
  Check Amount: $3,000.00

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this day, August 10, 2012 , served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

FULLER & MCKAY
P.O. BOX 1654
ROME, GA  30162-1654

/s/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110